878 A.2d 807

IN THE MATTER OF PHILIP A. VALENTINO, JR. AN ATTORNEY AT LAW (ATTORNEY NO. 005411983).

August 4, 2005.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **PHILIP A. VALENTINO, JR.,** of **WILD-WOOD,** who was admitted to the bar of this State in 1985, and who was suspended from the practice of law for a period of five years, effective April 1, 1997, by Order of this Court dated September 10, 1999, be restored to the practice of law, effective immediately.